

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00501-CV

**BORAIN CAPITAL, LLC**,
Appellant

v.

Syed **HASHMI**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-11798
The Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and judgment is RENDERED that Appellee Syed Hashmi take nothing. It is ORDERED that Appellant BoRain Capital, LLC recover its costs of this appeal from Appellee Syed Hashmi.

The record shows that Appellant BoRain Capital, LLC made a cash deposit in lieu of supersedeas bond. The district clerk is directed to release the full amount of the cash deposit to Thad Spalding, as attorney for BoRain Capital, LLC.

SIGNED July 19, 2017.

_____
Karen Angelini, Justice